IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE SPRUCE POWER HOLDING CORPORATION SHAREHOLDER DERIVATIVE LITIGATION | Case No. 1:23-cv-00289-MN<br><br>CONSOLIDATED |

## JOINT STATUS UPDATE

Plaintiffs Tony Reali and John Tucci; Defendants Debora M. Frodl, Kevin Griffin, Christopher M. Hayes, Jonathan J. Ledecky, Sarah Sclarsic, James H.R. Brady, Dimitri N. Kazarinoff, Thomas J. Hynes III, Brian Piern, Niharika T. Ramdev, Declan P. Flanagan, Efrat Epstein, and Katrina Adams; and Nominal Defendant Spruce Power Holding Corporation ("Spruce Power"), formerly known as XL Fleet Corp. (collectively, the "Parties") hereby submit this joint status update:

1. This case is one of two pending shareholder derivative actions which are related to an earlier-filed federal securities fraud class action that was filed in the U.S. District Court for the Southern District of New York before the Hon. Jennifer L. Rochon, captioned *In Re XL Fleet Corp. Securities Litigation.*, Case No. 1:21-cv-2002-JLR (the "Federal Securities Action").

2. On August 7, 2023, this Court consolidated the underlying *Reali* and *Tucci* actions[1] and entered the Parties' Amended Stipulation and Order Consolidating and Staying the Derivative Actions "until the conclusion of expert discovery in the Federal Securities Action" (ECF No. 9). The Order further provided that the "parties must move to lift the stay." *Id.*

3. On December 6, 2023, the parties in the Federal Securities Action executed a Stipulation and Agreement of Settlement. The Court in the Federal Securities Action held a final

---

[1] *Reali v. Griffin, et al.*, Case No. 1:23-cv-00289-MN (filed March 16, 2023) and *Tucci v. Ledecky, et al.*, Case No. 1:23-cv-00322-MN (filed March 23, 2023).

1

approval hearing on April 30, 2024, and entered its Final Judgment Approving Class Action Settlement and Order of Dismissal with Prejudice the same day.

4. The Parties in this consolidated derivative action entered into a Stipulation of Settlement dated March 1, 2024 that proposes to fully and finally resolve the claims made in all of the derivative actions related to the Securities Class Action, and which designates the U.S. District Court for the District of Massachusetts as the reviewing Court for the proposed settlement, where an earlier-filed derivative action is also pending.[2]

5. On April 22, 2024, U.S. District Judge Nathaniel M. Gorton in the reviewing Court entered an order preliminarily approving the Stipulation of Settlement and scheduling a final approval hearing thereon for July 31, 2024 at 3:00 p.m. for purposes of determining whether: (i) judgment should be entered pursuant to the Stipulation of Settlement; (ii) the settlement should be approved by the reviewing Court as fair, reasonable, adequate, and in the best interests of Spruce Power and its stockholders; (iii) plaintiffs' counsel's request for approval of their fee and expense motion and motion for service awards for plaintiffs should be approved; and (iv) ruling on such other matters as the reviewing Court may deem appropriate. The reviewing Court ordered Spruce Power to disseminate notice of the proposed settlement and the July 31, 2024 settlement hearing.

6. The Parties provide this joint notice solely for the Court's information. No action from the Court is requested at this time, and the Parties believe this consolidated action should remain stayed through at least the scheduled July 31, 2024 settlement hearing in the reviewing Court. The Parties will promptly apprise the Court of further developments in the reviewing Court following the July 31, 2024 hearing. Counsel are available at the Court's convenience to address any questions the Court may have.

---

[2] *Kay v. Frodl, et al.*, Case No. 1:22-cv-10977-NMG (D. Mass., filed June 22, 2022).

Dated: May 16, 2024

**SCHUBERT JONCKHEER & KOLBE LLP**

Robert C. Schubert
Willem F. Jonckheer
Dustin L. Schubert
2001 Union St., #200
San Francisco, CA 94123
(415) 788-4220
rschubert@sjk.law
wjonckheer@sjk.law
dschubert@sjk.law

*Co-Lead Counsel*

**GRABAR LAW OFFICES**

Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 267-507-6085
jgrabar@grabarlaw.com

*Of Counsel*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

Jay A. Dubow
Erica H. Dressler
Eighteenth and Arch St.
Philadelphia, PA 19103
Telephone: (215) 981-4000
Email: jay.dubow@troutman.com

Jaclyn M. Essinger
19th Floor, High Street Tower

Respectfully submitted,

**DELEEUW LAW LLC**

/s/ *P. Bradford deLeeuw*
P. Bradford deLeeuw (Del. Bar No. 3569)
1301 Walnut Green Road
Wilmington, DE 19807
(302) 274-2180
brad@deleeuwlaw.com

*Local Counsel*

**RIGRODSKY LAW, P.A.**

/s/ *Seth D. Rigrodsky*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
sdr@rl-legal.com
gms@rl-legal.com
hwm@rl-legal.com

*Co-Lead Counsel*

**HEYMAN ENERIO GATTUSO & HIRZEL LLP**

/s/ *Patricia L. Enerio*
Patricia L. Enerio (#3728)
Elizabeth A. DeFelice (#5474)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300

*Attorneys for Defendants Thomas J. Hynes III, Dimitri Kazarinoff, Brian Piern, Niharika T. Ramdev, Declan P. Flanagan, and Nominal Defendant Spruce Power f/k/a XL Fleet Corp.*

3

125 High Street,
Boston, MA 02110-2736
Telephone: (617) 204-5100
Email: jaclyn.essinger@troutman.com

Ghillaine A. Reid
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6198
Email: ghillaine.reid@troutman.com

*Of Counsel*

**WILLKIE FARR & GALLAGHER LLP**

William Stellmach
Kristin Bender
1875 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
wstellmach@willkie.com
kbender@willkie.com

Matthew Freimuth
Richard Li (#6051)
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
Fax: (212) 728-8111
mfreimuth@willkie.com
rli@willkie.com

*Of Counsel*

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ William M. Lafferty*
William M. Lafferty (#2755)
Ryan D. Stottmann (#5237)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

*Attorneys for Defendants James H.R. Brady, Kevin Griffin, Jonathan J. Ledecky, Efrat Epstein, and Katrina Adams*

4